```
 1  JERRY S. BUSBY
    Nevada Bar #001107
 2  COOPER LEVENSON, P.A.
    6060 Elton Avenue – Suite A
 3  Las Vegas, Nevada  89107
    (702) 366-1125
 4  FAX:  (702) 366-1857
    jbusby@cooperlevenson.com
 5
    Attorneys for Defendant
 6  SMITH'S FOOD & DRUG CENTERS, INC.
```

## UNITES STATES DISTRICT COURT

## DISRTRICT OF NEVADA

| | |
|---|---|
| KATHERINE STANSBERRY,<br><br>       Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. and DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>       Defendants. | CASE NO.:  2:14-cv-01562-MMD-NJK<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED by and between LAWRENCE M. RUIZ, ESQ. of the RUIZ LAW FIRM, Attorney for Plaintiff KATHERINE STANSBERRY, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that all claims herein of Plaintiff KATHERINE STANSBERRY

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 3193027.1

against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 22nd day of September, 2015.

RUIZ LAW FIRM

/s/ Lawrence M. Ruiz
LAWRENCE M. RUIZ, ESQ.
Nevada Bar No. 011451
3175 South Eastern Avenue
Las Vegas, NV 89169
(702) 465-5196
Attorney for Plaintiff
KATHERINE STANSBERRY

COOPER LEVENSON, P.A.

/s/Jerry S. Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:   September 23, 2015

CLAC 3193027.1

2